UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HANOVER INSURANCE COMPANY,** Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO.** 11-2375 c/w 14-1930, 14-1933, 16-2490 |
| **SUPERIOR LABOR SERVICES, INC., ET AL.,** Defendants | **SECTION: "E" (3)** |

*Applies to: All Cases*

## ORDER

**IT IS ORDERED** that these actions be **ADMINISTRATIVELY CLOSED**, and all remaining claims are hereby **STAYED**. The Clerk of Court shall mark these action as "**CLOSED**" for statistical purposes. This Court shall retain jurisdiction, and these cases shall be restored to the trial docket upon motion of a party if circumstances change, so that they may proceed to final disposition. This order shall not prejudice the rights of the parties to this litigation.

**New Orleans, Louisiana, this 15th day of March, 2019.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**